# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| STEPHANIE ADAMS, ADMINSTRATOR OF THE ESTATE OF JAMES ADAMS, DECEASED, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:23CV00021 |
| v. | ) ) | **ORDER** |
| **GINA WOHLFORD, ET AL.,** | ) ) ) | JUDGE JAMES P. JONES |
| Defendants. | ) | |

This action was filed on June 23, 2023, and no proof of service on the defendants or either of them have been filed. It is accordingly **ORDERED** that the plaintiff must show cause, if any she can, within 14 days of the date of entry of this Order, why the action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

ENTER: October 2, 2023

/s/ JAMES P. JONES
Senior United States District Judge